JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIA BARSIC, | Case No. 8:21-cv-02058 JLS-KES |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 23)** |
| v. | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## **ORDER**

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 23), the above-entitled action is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 13, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE